IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.,<br>Defendant. | Case No. 1:14-cv-00148-SS |

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE REGARDING *INTER PARTES* REVIEW PROCEEDINGS FOR U.S. PATENT NOS. 6,425,035, 7,934,041, AND 7,051,147**

Defendant Cisco Systems, Inc. ("Cisco") hereby provides notice to the Court and the Special Master of petitions for *inter partes* review filed with the United States Patent & Trademark Office ("PTO") by Cisco and Quantum Corporation regarding the patents-at-issue in this case, namely U.S. Patent Nos. 6,425,035, 7,051,147, and 7,934,041 (collectively, the "Patents-in-Suit").  *See* Exs. A-C.  The petitions challenge the validity of the claims of the Patents-in-Suit and ask the PTO to cancel these claims.

The PTO will render a decision instituting review on the earliest filed petition no later than January 31, 2015.  Cisco intends to move for a stay of this action pending the PTO's review of the Patents-in-Suit once the PTO institutes the *inter partes* review.  *See Click-to-Call Technologies LP v. Oracle Corporation et al.*, C.A. No. 1:12-cv-468-SS, Dkt. 159 (Nov. 26, 2013) (granting motion to stay explaining "once the PTAB has determined a challenger is likely to succeed in invalidating all asserted claims of the patent-in-suit and has instituted inter partes review, staying the case to await the PTAB's final decision is the preferable route."); *see also National Oilwell Varco L.P. v. Omron Oilfield & Marine, Inc.*, C.A. No. 1:12-cv-773-SS, Dkt. 42 (Jun. 10, 2013) (denying motion to stay noting PTAB had not granted inter partes review but explaining that the Court would consider a renewed motion to stay if the PTAB should do so).

Cisco will provide further notice to the Court at that time.

Dated: October 10, 2014

Respectfully submitted,

By: */s/ Patrick S. Salceda*

HAYNES AND BOONE, LLP
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
John Turner
Texas State Bar No. 24028085
john.turner@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940

*Of Counsel*

Karineh Khachatourian
CA State Bar No. 202634
karinehk@duanemorris.com
Patrick S. Salceda
CA State Bar No. 247978
psalceda@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 847-4150
Fax: (650) 847-4151

Joseph A. Powers
PA State Bar No. 84590
japowers@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1000
Fax: (215) 979-1020

Matthew C. Gaudet
GA State Bar No. 287789
mcgaudet@duanemorris.com
Jennifer H. Forte
GA State Bar No. 940650
jhforte@duanemorris.com
GA State Bar No. 940650
jhforte@duanemorris.com
DUANE MORRIS LLP

1075 Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Fax: (404) 253-6901

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC..

**CERTIFICATE OF SERVICE**

I, Patrick S. Salceda, hereby certify that on October 10, 2014 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**Steven Robert Sprinkle**
**Elizabeth Brown Fore**
Sprinkle IP Law Group
1301 W. 25th Street, Suite 408
Austin, TX 78705
(512) 637-9220
Fax: (512) 371-9088
Email: ssprinkle@sprinklelaw.com
Email: ebrownfore@sprinklelaw.com
Email: phelberg@sprinklelaw.com
Email: crosslit@sprinkelaw.com

**James H. Hall**
**Susan Kelly Knoll**
**Russell T. Wong**
**Stephen D. Zinda**
Wong Cabello
20333 SH 249 Suite 600
Houston, TX 77070
832-446-2400
Fax: 832-446-2424
Email: jhall@counselip.com
Email: sknoll@counselip.com
Email: rwong@counselip.com
Email: szinda@counselip.com
Email:  wccrossroads@counselip.com

                                                */s/ Patrick S. Salceda*
                                                  Patrick S. Salceda