IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., § § § Plaintiff, § § v. § DOT HILL SYSTEMS CORP., § § § Defendant. § | | C.A. NO. 1:13-CV-00800-SS<br><br>JURY DEMANDED |
| v. § § ORACLE CORPORATION, § § Defendant. § | | C.A. NO. 1:13-CV-00895-SS<br><br>JURY DEMANDED |
| v. § § HUAWEI TECHNOLOGIES CO., LTD., § HUAWEI ENTERPRISE USA, INC., and § HUAWEI TECHNOLOGIES USA, Inc., § § Defendants. § | | C.A. NO. 1:13-CV-01025-SS<br><br>JURY DEMANDED |
| v. § § CISCO SYSTEMS, INC., § § Defendant. § | | C.A. NO. 1:14-CV-00148-SS<br><br>JURY DEMANDED |
| v. § § NETAPP, INC., § § Defendant. § | | C.A. NO. 1:14-CV-00149-SS<br><br>JURY DEMANDED |
| v. § § QUANTUM CORPORATION, § § Defendant. § | | C.A. NO. 1:14-CV-00150-SS<br><br>JURY DEMANDED |

## DECLARATION OF JOHN L. ADAIR IN SUPPORT OF
## PLAINTIFF CROSSROADS SYSTEMS, INC.'S POST-HEARING MARKMAN BRIEF

I, John L. Adair, make the following declaration based on my own personal knowledge and, if called to testify before the court, could and would testify as follows:

1. I am an attorney with the law firm of Sprinkle IP Law Group, PC and counsel for Plaintiff Crossroads Systems, Inc. ("Crossroads") in the instant action.

2. Attached hereto as Exhibit A is a true and correct copy of pages from the Brief In Support of Defendants' Proposed Claim Constructions from the matter styled *Crossroads Systems, Inc. v. 3Par, Inc., et al*, No. 1:10-CV-00652-SS (W. D. Tex.) cited in Crossroads' Post-Hearing Markman Brief.

3. Attached hereto as Exhibit B is a true and correct copy of pages from Defendants' Preliminary Proposed Construction of Claim Terms, Phrases, and Clauses cited in Crossroads' Post-Hearing Markman Brief.

4. Attached hereto as Exhibit C is a true and correct copy of pages from the Transcript of the August 11, 2014 Deposition of John Levy, Ph.D. cited in Crossroads' Post-Hearing Markman Brief.

5. Attached hereto as Exhibit D is a true and correct copy of pages from the April 3, 2006 report of Dr. Randy H. Katz in the matter styled *Crossroads Systems (Texas), Inc. v. Dot Hill Systems Corporation*, No. A-03-CV-754-SS (W.D. Tex.) cited in Crossroads' Post-Hearing Markman Brief.

6. Attached hereto as Exhibit E is a true and correct copy of United States Patent No. 5,941,972 including *Ex Parte* Reexamination Certificate.

7. Attached hereto as Exhibit F is a true and correct copy of pages from the Jury Charge (Dkt. 131) issued in the matter styled *Crossroads Systems, Inc. v. Chaparral Network*

*Storage, Inc.*, No. A 00-CA-217-SS (W.D. Tex.) cited in Crossroads' Post-Hearing Markman Brief.

8. Attached hereto as Exhibit G are true and correct copies of demonstrative slides presented by Crossroads at the Markman Hearing and cited in Crossroads' Post-Hearing Markman Brief.

9. Attached hereto as Exhibit H is a true and correct copy of pages from the Report and Recommendations of the Special Master Regarding United States Patents Nos. 5,941,972 and 6,425,035 B2 issued in the matter styled *Crossroads Systems (Texas), Inc. v. Dot Hill Systems Corporation*, No. A-03-CV-754-SS (W.D. Tex.) cited in Crossroads' Post-Hearing Markman Brief.

10. Attached hereto as Exhibit I are true and correct copies of demonstrative slides presented by Crossroads during the examination of Dr. John Levy at the Markman Hearing.

11. Attached hereto as Exhibit J are true and correct copies of demonstrative slides presented by Crossroads during the cross-examination of Dr. Randy Katz at the Markman Hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of November, 2014 at Austin, Texas.

_____
John L. Adair